RECEIVED
USDC, CLERK GREENVILLE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

2024 FEB -1  PM 1:56

Joshua Lynn Robinson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Easley Police Department

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
                *(check one)*

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Joshean Lynn Robinson ~~Easley Police Department~~
Street Address: ~~220 NW Main St~~ 93 Montague Rd Apt B
City and County: ~~Easley, Pickens~~ Greenville, Greenville
State and Zip Code: ~~South Carolina~~ South Carolina
Telephone Number: 864 483 8693

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Easley Police Department
Job or Title (if known):
Street Address: 220 NW Main St
City and County: Easley, Pickens
State and Zip Code: South Carolina, 29640
Telephone Number: 864 859 4025

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

Defendant No. 3

Name:

                Job or Title
                (if known)                  _____
                Street Address              _____
                City and County             _____
                State and Zip Code          _____
                Telephone Number            _____

        Defendant No. 4

                Name                        _____
                Job or Title
                (if known)                  _____
                Street Address              _____
                City and County             _____
                State and Zip Code          _____
                Telephone Number            _____

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question             ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

4th & 5th Amendment Civil rights violated & perjury. by the Department of Social Service. No due process by the Easley Police Department

3

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1. The Plaintiff(s)

        a. If the plaintiff is an individual

            The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        b. If the plaintiff is a corporation

            The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2. The Defendant(s)

        a. If the defendant is an individual

            The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

        b. If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

My daughter was taken with a False allegation by a Mentally ill woman (Elilah Paige Robinsons mother) with the Easley Police doing no investigation & DSS falsifying a investigation

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The arrested me with Guns in my face & threw me in jail. Put my face in the new paper destroying my reputation. They took my daughter who I have had custody of since she was 6 months old and shes 10 now & I havent seen; since Feb 18th 2023

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Destruction of my reputation, business & loss of daughters.

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Feb 1st, 2024

Signature of Plaintiff  
Printed Name of Plaintiff    Josh Robinson

**B.    For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney  
Printed Name of Attorney  
Bar Number  
Name of Law Firm  
Address  
Telephone Number  
E-mail Address